```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 15153
   DONNA M LOWE
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2360

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 06/13/2008 and was confirmed 08/18/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 01/16/2009.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00              .00             .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE         .00              .00             .00
VILLAGE OF LANSING         SECURED            229.00              .00           90.00
WELLS FARGO AUTO FINANCE   SECURED VEHIC     5600.00           120.58          634.42
WELLS FARGO AUTO FINANCE   UNSECURED         1250.65              .00             .00
CHRIST MEDICAL CENTER      UNSECURED        NOT FILED             .00             .00
CITY OF CHICAGO PARKING    UNSECURED          290.00              .00             .00
FINGERHUT DIRECT MARKETI   UNSECURED          388.89              .00             .00
PRA RECEIVABLES MGMT       UNSECURED          408.11              .00             .00
PREMIER BANKCARD           UNSECURED          248.33              .00             .00
ECAST SETTLEMENT CORP      UNSECURED          541.16              .00             .00
NICOR GAS                  UNSECURED          585.41              .00             .00
PRA RECEIVABLES MGMT       UNSECURED          364.97              .00             .00
COUNTRYWIDE HOME LOANS     MORTGAGE NOTI    NOT FILED             .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,491.50                          817.43
TOM VAUGHN                 TRUSTEE                                             135.73
DEBTOR REFUND              REFUND                                              126.93

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   1,925.09

PRIORITY                                              .00
SECURED                                            724.42
   INTEREST                                        120.58
UNSECURED                                             .00
ADMINISTRATIVE                                     817.43
TRUSTEE COMPENSATION                               135.73
DEBTOR REFUND                                      126.93
                          ---------------     ---------------

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 15153 DONNA M LOWE
```

```
TOTALS                                     1,925.09              1,925.09
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 03/17/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```